AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>Sanderley Rodrigues de Vasconcelos<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 15-MJ-2086-MBB |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Sanderley Rodrigues de Vasconcelos
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S. Code § 1546 - Fraud and misuse of visas, permits, and other documents

Date: May 7, 2015                                                         *Marianne B. Bowler, USMJ*
                                                                          *Issuing officer's signature*

City and state:   Boston, Massachusetts                                   United States Magistrate Judge Marianne B. Bowler
                                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

                                                                          *Arresting officer's signature*

                                                                          *Printed name and title*