# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 15-MJ-2086-MBB |
| Sanderley Rodrigues de Vasconcelos ) | |
| ) | |
| *Defendant* ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

      ( X )     to appear for court proceedings;
      ( X )     if convicted, to surrender to serve a sentence that the court may impose; or
      (    )     to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(    ) (1)   This is a personal recognizance bond.

(    ) (2)   This is an unsecured bond of $ _____ .

( X ) (3)   This is a secured bond of $ 200,000.00 _____ , secured by:

      (    ) (a) $ _____ , in cash deposited with the court.

      (    ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

      If this bond is secured by real property, documents to protect the secured interest may be filed of record.

      (    ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 06/26/2015

_____
Defendant's signature

_____   _____
Surety/property owner – printed name    Surety/property owner – signature and date

_____   _____
Surety/property owner – printed name    Surety/property owner – signature and date

_____   _____
Surety/property owner – printed name    Surety/property owner – signature and date

CLERK OF COURT

Date: 06/26/2015

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: 06/26/2015

_____
Judge's signature

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v. **Sanderley Rodrigues de Vasconcelos**

CRIMINAL NO. 1:15-mj-2086

## AFFIDAVIT OF OWNER OF CASH DEPOSIT

I, **Camila Evinamc**, on oath say that I reside at **124 Woodmoor Court, Davenport, FL** zip code **33837** and that the $ **200,000.00** cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the above address or other location so designated by me upon exoneration of this bond. I understand that if the defendant violates **any** of the conditions of release the deposit may be forfeited. A request for return of security should be made in writing after the conclusion of all proceedings. Funds not claimed within five (5) years after the conclusion of the case will be transferred to the U.S. Treasury as unclaimed funds.
Sworn to and subscribed before me.

_____        _____
Deputy Clerk                                       Signature of Owner of Cash Deposit

**6/26/15**
Date

***NOTE:** Deposit will be in a non-interest bearing account unless otherwise ordered.

---

### PROCEDURES FOR RETURN OF CASH DEPOSIT

1. Upon disposition of the case, a motion for release of bail must be filed with the Court. If a cash deposit is to be returned to someone other than the original depositor, the assignment of bail section below must be completed, notarized and included in the motion.

2. A refund in the form of a U.S. Treasury check should be available within five (5) working days after receipt of a Court order directing release of funds. The refund will be mailed overnight to the address indicated on the receipt or may be picked up by the owner at the Clerk's Office. Photo identification will be required.

3. Any questions related to the refund of bail may be directed to the Clerk's Financial Office at 617-748-9134.

---

### ASSIGNMENT OF BAIL

I, _____, do hereby assign all my interest and ownership of the above bond to the following

person: _____.

Notary Seal                                              Address
                                                         _____
                                                         _____
                                                         Signature of Owner of Cash Deposit

_____        _____
Signature of Notary                               Date

(Bail Affidavit.wpd - 03/12)