# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CRIMINAL  ACTION NO: 1:15-MJ-02086-MBB

### UNITED STATES OF AMERICA
**Plaintiffs**

**v.**

### SANDERLEY RODRIGUES DE VASCONCELOS
**Defendant**

---

## DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY

## AFTER ISSUANCE OF BOND

---

NOW comes the Defendant, Sanderley Rodrigues De Vasconcelos, in the above captioned matter hereby moves this Honorable Court to order the United States Marshalls to release from custody the named Defendant pursuant to prior orders of release.   The Defendant respectfully requests his release be granted for the following reasons:

1. On May 7, 2015 an arrest warrant issued for the named Defendant in the above captioned matter charging the Defendant with Fraud and misuse of Visa.

2. Defendant appeared in US District Court New Jersey on May 21, 2015 and conditions of release were set by U.S. Magistrate Steven Mannion.

3. Defendant was subsequently transferred to Massachusetts.

4. This Honorable Court ordered the same conditions to be imposed.  During argument the government presented to this court knowledge of a warrant in Brazil.  Conditions were

set by both New Jersey and Massachusetts US District Courts having knowledge of the warrant in Brazil.

5.  On June 8, 2015 this Court heard argument on conditions of release and ordered the Defendant detailed until the SEC accounting made available impounded assets for use of Bond.  New hearing was set for June 22, 2015. See entry #14.

6.  Hearing scheduled for June 22, 2015 was rescheduled to June 26, 2015.  See entry #15.

7.  On June 26, 2015 Magistrate Judge Marianne B. Bowler ordered the Defendant released on secured bond and conditions. Defendant was held to June 29, 2015 for release.  See entry #16.  Conditions of his release were signed.  See entry #17.

8.  On June 26, 2015 the Defendant posted a bond in the amount of $200,000.00 by certified check.  See entry #19.  #. Receipt # 1BST050348.

9.  On June 29, 2015 the Defendant was not released by the United States Marshalls.  US Marshalls have detained the Defendant on the Brazil Warrant which had been revealed to the court in New Jersey and Massachusetts in prior hearings.

10. At all times relevant this Honorable Court and the United States Attorney's Office were aware of a warrant in Brazil.

Wherefore, the Defendant respectfully requests this Honorable Court to order the Defendant's release from custody as he has complied with all terms of his release.

/s/ Joseph F. Hennessey_____
Joseph F. Hennessey,  BBO# 669552
Charlestown Navy Yard
One Constitution Center, Suite 300
Charlestown,  MA 02129
Tel: 508 881-9500
Fax: 508 881-9501

### **CERTIFICATE OF SERVICE**

I, Joseph F. Hennessey, do hereby certify that on June 30, 2015 the foregoing Certification, filed through Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants.


/s/ Joseph F. Hennessey

_____

Joseph F. Hennessey