UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                                          15-MJ-2086-MBB

SANDERLEY RODRIGUES de VASCONCELOS

_____

MOTION TO WITHDRAW AS COUNSEL AND APPOINT COUNSEL
_____

NOW COMES the undersigned counsel, Joseph F. Hennessey, counsel for the Defendant in this matter hereby request this Honorable Court to allow the undersigned to withdrawal as counsel of record for Defendant and appoint counsel.

As reason for this request counsel states that there has been a complete breakdown of communication between counsel and the defendant. The defendant is facing Visa Fraud. Counsel for the Defendant further states that it is in the best interest of the defendant that new counsel be appointed to represent him in this matter as he has been held for approximately 60 days and all assets have been seized by the Security Exchange Commission.

/s/ Joseph F. Hennessey
_____
Joseph F. Hennessey, Esq.   BBO# 669552
60 Pleasant Street, Suite 2
Ashland, MA 01721
Tel: 508 881-9500
Fax: 508 881-9501                                               Dated: 7/7/15

UNITED STATES DISTRICT COURT

FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                                  15-MJ-2086-MBB

SANDERLEY RODRIGUES de VASCONCELOS

---

COUNSEL'S AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW
---

I, Joseph F. Hennessey, hereby state the following to be true to the best of my knowledge and belief:

1. My name is Joseph F. Hennessey and I am the attorney of record in the above captioned matter.

2. I am admitted to practice in the Commonwealth of Massachusetts and Federal District Court in good standing.

3. I was retained by Liberty Law Group with the consent of the Defendant to represent the Defendant in Massachusetts in the above captioned matter.

4. On or about June 30, 2015 the Defendant terminated Liberty Law Group via email sent by the Camilla De Vasconcelos, the wife of the Defendant and payments from the Defendant to the law firm have been returned as insufficient funds.

5. Notice of this termination occurred after my filing of my motion to release the defendant.

6. On or about July 2, 2015 I met with the Defendant at Wyatt Detention Center to discuss the termination.  The Defendant asked that I return in a couple days to discuss the matter further.

7. On July 7, 2015 I met with the Defendant at Wyatt Detention Center in Central Falls, Rhode Island to discuss the termination.  The Defendant stated that he preferred a new counsel, that he was not happy with my representation, and that he could no longer pay for counsel unless released.

8. All assets of the Defendant have been seized by the Security Exchange Commission.

9. There has been a breakdown of communication between counsel and the defendant that has made it impossible for counsel to properly represent the defendant.

10. It is in the best interest of the defendant that new counsel be appointed to represent him.

Signed under the pains and penalties of perjury this 7$^h$ day of July, 2015.

/S/ Joseph F. Hennessey_____
Joseph F. Hennessey